IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DIRECTV, INC. : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:03-cv-00364 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| MIKE STEPHENS, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

      Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Having reviewed this matter, the Court finds the requested amounts in fees and costs reasonable and just, and supported by a sufficiently detailed record.  Accordingly, the Court GRANTS Plaintiff's Attorneys' Fees consistent with the Declarations filed with the Court (docs. 70 & 72) and therefore ORDERS Defendant Mike Stephens to pay Plaintiff's attorneys' fees and costs in the amount of $3,838.00, and ORDERS Defendant Paul Hannah to pay Plaintiff's attorneys' fees and costs in the amount of $2,320.25.

3/22/06                                                                           James Bonini, Clerk

                                                                         s/Kevin Moser
                                                                         Deputy Clerk